**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ZOLTEK COMPANIES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 4:04CV703-SNL** |
| | ) | |
| **ACCORDIS UK LIMITED and** | ) | |
| **SGL CARBON CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Plaintiff's motion for leave to file its memorandum in opposition to defendant SGL Carbon's motion to dismiss is before the Court. Defendant opposes the request for leave to file as it is untimely. Plaintiff replies that its counsel was out of town for personal reasons during the period in which the motion was filed, and answer was due.

In view of all of the circumstances the Court will accord some deference to plaintiff, and over the objection of defendant, allow the memorandum in opposition to be filed.

**IT IS THEREFORE ORDERED** that plaintiff's memorandum in opposition to defendant SGL Carbon, LLC's motion to dismiss may be filed as of the date shown on the electronic filing of July 19, 2005. Defendant may have until August 10, 2005 to reply to plaintiff's memo.

Dated this ___1st___ day of August, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE